UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:19:CV:10222:RWZ

Plum Island Soap Company, LLC

Plaintiff,

v.

Duke Cannon Supply LLC
a Delaware limited liability company

Defendant

**MOTION OF PLUM ISLAND SOAP COMPANY LLC
FOR THE GRANT OF A PRELIMINARY   INJUNCTION,
PURSUANT TO FED. R. CIV. P. 65 AND 15 U.S.C. §1116**

Plum Island requests that this Honorable Court enter a preliminary injunction, pursuant to Fed. R. Civ. P. 65 and 15 U.S.C. § 1116 for the following relief:

1. To enjoin the Defendants from using Plum Island's trademark and/or "can motif" trade dress, or any colorable imitation thereof;

2. To enjoin the Defendants from using any trademark or trade dress that imitates or is confusingly similar to or in any way similar to Plum Island's trademark "The Man Can", or "can motif" trade dress or that is likely to cause confusion, mistake, deception, or public misunderstanding as to the origin of Plum Island's products or their connectedness to Defendant, including, but not limited to, "The Handsome Man Grooming Can" and the "The Dapper Gentleman's Grooming Can";

190209

      3.      To direct and require the Defendants to file with the court and serve on the Plaintiff within thirty days after the service on the defendant of such injunction a report in writing under oath setting forth in detail the manner and form in which the defendant has complied with the injunction; and

      4.      Such other legal or equitable relief that this court deems proper.

Respectfully submitted,

PLUM ISLAND SOAP COMPANY LLC,

by its attorneys,

/s/ Jeffrey S. Baker
Jeffrey S. Baker
BAKER & ASSOCIATES.
Two West Hill Place, Suite 100
Boston, MA 02114
Phone: (617) 573-9505
E-mail: bakerlaw@aol.com
BBO#544929

Dated: February 11, 2019

190209