UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Plum Island Soap Company, LLC, a Massachusetts limited liability company<br><br>Plaintiff,<br><br>v.<br><br>Duke Cannon Supply LLC., a Delaware limited liability company,<br><br>Defendant | Docket Number<br><br>1:19:cv:10222:RWZ |

## PRELIMINARY INJUNCTION

It is ORDERED and AJUDGED as follows:

1. The Defendant is ENJOINED from using Plum Island's "The Man Can" trademark and/or "can motif" trade dress, or any colorable imitation thereof.

2. The Defendant is ENJOINED from using any trademark or trade dress that imitates or is confusingly similar to or in any way similar to Plum Island's trademark "The Man Can", or "can motif" trade dress or that is likely to cause confusion, mistake, deception, or public misunderstanding as to the origin of Plum Island's products or their connectedness to Defendant, including but not limited to "The Handsome Man Grooming Can and the Dapper Gentleman's Grooming Can."

3. The Defendant will file with this Court and serve on the Plaintiff within thirty (30) days of this Order a report in writing, signed under oath by an officer of the Defendant, and setting forth in detail the manner and form in which the Defendant has complied with this injunction.

    4.    These orders will remain in force and effect pending further order of this Court.

SO ORDERED.

_____

_____, J.

Date: _____