**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Plum Island Soap Company, LLC

        Plaintiff,

v.

Duke Cannon Supply Company, LLC

        Defendant.

Civil Action No. 1:19-cv-10222-RWZ

## <u>NOTICE OF APPEARANCE</u>

Pursuant to Local Rule 83.5.2 (a), please enter my appearance on behalf of

Defendant, Duke Cannon Supply Company, LLC, in the above-identified matter.

Respectfully submitted,

Duke Cannon Supply Company, LLC

By its attorneys,

February 25, 2019

  /s/ Ann Lamport Hammitte
Ann Lamport Hammitte (BBO No. 553263)
Thomas P. McNulty (BBO No. 654564)
LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street, 11th Floor
Cambridge, MA  02142
Telephone:    (617) 395-7000
Facsimile:    (617) 395-7070
emailservice@LL-A.com

*Of counsel:*

Louis T. Perry
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:     (317) 237-1089
Facsimile:      (317) 237-1000
louis.perry@FaegreBD.com
(to be admitted *pro hac vice*)

CERTIFICATE OF SERVICE

I certify that on February 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of such filing to registered participants.

/s/ Ann Lamport Hammitte
Ann Lamport Hammitte